IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DIANE HARRIS, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. 14-1304 |
| | : | |
| v. | : | |
| | : | |
| JEAN C. LAFORD and MARIA LAFORD, | : | |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 28th day of August, 2014, after considering the motion for leave to serve process (Doc. No. 3) filed by the plaintiff, Diane Harris, it is hereby **ORDERED** as follows:

1. The motion (Doc. No. 3) is **DENIED WITHOUT PREJUDICE**; and

2. The plaintiff has until **October 3, 2014**, to serve the summons and complaint upon the defendants in accordance with the applicable Rules of Civil Procedure.  If the plaintiff fails to complete service by **October 3, 2014**, the court will dismiss the action under Rule 4(m) of the Federal Rules of Civil Procedure.

BY THE COURT:

*/s/ Edward G. Smith*
EDWARD G. SMITH, J.